# EXHIBIT "A"



# EXHIBIT "B"

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-259-542**

**Effective Date of Registration:**
July 13, 2021
**Registration Decision Date:**
July 20, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    March 26, 2021 to July 07, 2021

### Title _____

|   |   |
|---|---|
| **Title of Group:** | Tamara Williams Q2 2021 |
| **Number of Photographs in Group:** | 82 |

- **Individual Photographs:** IMG_8689_Pauline_03262021, IMG_8692_Pauline_03262021, IMG_8693_Pauline_03262021, IMG_8691_Pauline_03262021, IMG_8690_Pauline_03262021
  **Published:** March 2021

- **Individual Photographs:** IMG_8533_TheresaO_04202021, IMG_8532_TheresaO_04202021, IMG_8534_TheresaO_04202021, IMG_8094_TabeaG_04222021, IMG_8096_TabeaG04222021, IMG_8095_TabeaG_04222021, IMG_8545_SeezanB_04262021, IMG_8544_SeezanB_04262021, IMG_8543_SeezanB_04262021
  **Published:** April 2021

- **Individual Photographs:** IMG_8547_Giuliana_05032021, IMG_8548_Giuliana_05032021, IMG_8550_Giuliana_05032021, IMG_8549Giuliana_05032021, IMG_8223_MingSavannah_05052021, IMG_8221_MingSavannah_05052021, IMG_8222_MingSavannah_05052021, IMG_8556_MinelYildiz_05062021, IMG_8557_MinelYildiz_05062021, IMG_8555_MinelYildiz_05062021, IMG_8561_NenehSonko_05272021, IMG_8562_NenehSonko_05272021, IMG_8563_NenehSonko_05272021, IMG_8565_HayleyBui_05312021, IMG_8566_HayleyBui_05312021, IMG_8568_HayleyBui_05312021, IMG_8567_HayleyBui_05312021
  **Published:** May 2021

- **Individual Photographs:** IMG_8574_AntoniaFreyaLydia_06032021, IMG_8570_AntoniaFreyaLydia_06032021, IMG_8572_AntoniaFreyaLydia_06032021, IMG_8580_AngeliaA_06072021, IMG_8577_AngeliaA_06072021, IMG_8578_AngeliaA_06072021, IMG_8579_AngeliaA_06072021, IMG_8583_Pauline_06082021, IMG_8581_Pauline_06082021, IMG_8582_Pauline_06082021, IMG_8586_RominaJosefinePalm_06102021, IMG_8585_RominaJosefinePalm_06102021, IMG_8588_RominaJosefinePalm_06102021, IMG_8589_RominaJosefinePalm_06112021,

IMG_8587_RominaJosefinePalm_06112021, IMG_8375_SeezanB_06152021,
IMG_8379_SeezanB_06152021, IMG_8374_SeezanB_06152021,
IMG_8377_SeezanB_06162021, IMG_8597_TheresaO_06172021,
IMG_8598_TheresaO_06172021, IMG_8600_AntoniaFreyaLydia_06212021,
IMG_8601_AntoniaFreyaLydia_06212021,
IMG_8606_AntoniaFreyaLydia_06222021,
IMG_8602_AntoniaFreyaLydia_06222021,
IMG_8599_AntoniaFreyaLydia_06222021,
IMG_8610_JihoonKim_06242021, IMG_8607_JihoonKim_06242021,
IMG_8608_JihoonKim_06242021, IMG_8609_JihoonKim_06242021,
IMG_8613_NenehSonko_06282021, IMG_8614_NenehSonko_06282021,
IMG_8612_NenehSonko_06282021, IMG_8615_NenehSonko_06282021,
IMG_8621_MinelYildiz_06292021, IMG_8617_MinelYildiz_06292021,
IMG_8618_MinelYildiz_06292021, IMG_8619_MinelYildiz_06292021,
IMG_8620_MinelYildiz_06292021, IMG_8624_HayleyBui_06302021,
IMG_8625_HayleyBui_06302021, IMG_8626_HayleyBui_06302021

**Published:** June 2021

- **Individual Photographs:** IMG_8623_HayleyBui_07012021, IMG_8622_HayleyBui_07012021,
IMG_8628_AngeliaA_07022021, TabeaG_07052021,
IMG_8633_RominaJosefinePalm_07062021,
IMG_8632_RominaJosefinePalm_07062021,
IMG_8631_RominaJosefinePalm_07062021, IMG_8635_Pauline_07072021,
IMG_8636_Pauline_07072021

**Published:** July 2021

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | March 26, 2021 |
| **Latest Publication Date in Group:** | July 07, 2021 |
| **Nation of First Publication:** | Germany |

## Author

- **Author:** Tamara Wareka
  **Pseudonym:** Tamara Williams
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** Germany
  **Domiciled in:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Hauptstraße 24a, Kleinbundenbach 66501, Germany

## Rights and Permissions

|                    |                                    |
|-------------------:|:-----------------------------------|
| Organization Name: | LK Creative Consulting              |
| Name:              | Lauren Kelly                        |
| Email:             | lk@lkcreativeconuslting.com         |
| Telephone:         | (161)789-4508x2                     |
| Address:           | 305 East 24th street, 20G           |
|                    | New York, NY 10010  United States   |

### Certification

|                              |                  |
|-----------------------------:|:-----------------|
| Name:                        | Joe G. Naylor    |
| Date:                        | July 13, 2021    |
| Applicant's Tracking Number: | USCO-07714       |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# EXHIBIT "C"



# EXHIBIT "D"



# EXHIBIT "E"



GREAT
BOWERY

**Great Bowery Inc.**
**dba Trunk Archive & Gallery Stock**
**190 Bowery, New York, NY 10012**
**United States**

**INVOICE**

| | |
|---|---|
| **INVOICE** | **TRUNYC103015** |
| **AMOUNT** | USD 11,500.00 |
| **DATE** | Mar 27, 2018 |

**BILL TO**



**SHIP TO**



**CLIENT ID**

**PROJECT**

**LICENSING AGENT**

| | UNIT PRICE | QTY | ADJ. | LINE TOTAL |
|---|---|---|---|---|
| **ASSET UNIQUE IDENTIFIER:** TRU1612597 **COPYRIGHT:** Tamara Williams/ Trunk Archive **USAGE DESCRIPTION:** CLIENT: ████████ USAGE: Non-exclusive right to use image in 3 stand alone beauty stores, social media and email blasts to approximately 500,000 customers TERRITORY: Canada DURATION: 1 month  NOTE: Additional usage to be negotiated. Copyright retained by photographer; For clarification purposes, Licensor makes no warranties or representations as it relates to any likeness or likenesses, or any trademarked or otherwise protected elements that may appear in the image(s).  **PROJECT START DATE:** Mar 1, 2018 **PROJECT END DATE:** Apr 1, 2018 | USD 9,700.00 | 1 | | USD 9,700.00 |

**GRAND TOTAL**      USD 11,500.00

The licensing of the specified photo(s) above, including the use of the licensed photo(s), is governed by Great Bowery's current Standard Licensing Terms. Please See Terms and Conditions.



# EXHIBIT "F"

*Client:* **Tamara Williams**
*Matter:* **Williams v. Lucy & Co Beauty LLC**
**H&A #: 673047**

| Date Rendered | Staff Member | Units Rendered | Activity rendered |
|---|---|---|---|
| 3/21/25 | Mathew K. Higbee | .7 | Researching claim |
| 3/21/25 | Mathew K. Higbee | .2 | Email correspondence with client re filing |
| 3/23/25 | Mathew K. Higbee | 1.2 | Drafting Complaint. |
| 3/23/25 | Mathew K. Higbee | 0.2 | Preparing Exhibits to Plaintiff's Complaint. |
| 3/23/25 | Mathew K. Higbee | 0.3 | Drafting Notice of Interested Parties |
| 3/23/25 | Mathew K. Higbee | 0.2 | Prepare Civil Cover Sheet |
| 3/23/25 | Mathew K. Higbee | 0.2 | Prepare ao121 Copyright Report |
| 5/12/25 | Mathew K. Higbee | 1.4 | Draft First Motion for Substitute Service |
| 6/29/25 | Mathew K. Higbee | 0.9 | Draft Motion for Second Extension of Time to Serve |
| 7/15/25 | Mathew K. Higbee | 1.1 | Draft Renewed Motion for Substituted Service |
| 7/29/25 | Mathew K. Higbee | 0.9 | Draft Motion for Third Extension of Time to Serve |
| 8/22/25 | Mathew K. Higbee | 1.1 | Draft Second Renewed Motion for Substitute Service |
| 9/29/25 | Mathew K. Higbee | 0.7 | Draft Motion for Default |
| 9/29/25 | Mathew K. Higbee | 0.7 | Draft supporting documents and declarations to be filed concurrently with Motion for Default. |
| 10/24/25 | Mathew K. Higbee | 1.2 | Draft Motion for Final Default. |
| 10/24/25 | Mathew K. Higbee | 0.9 | Draft supporting documents and declarations to be filed concurrently with Motion for Final Default. |

Total Hours:   11.9

# EXHIBIT "G"

**Monday, March 24, 2025 at 19:32:48 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA SOUTHERN DISTRICT COURT |
| **Date:** | Monday, March 24, 2025 at 7:30:56 PM Pacific Daylight Time |
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Diana Ramirez |
| **Category:** | 4: notification |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Case Services at (619) 557-5600.

Account Number: 3481709
Court: CALIFORNIA SOUTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: ACASDC-19729303
Approval Code: 53256P
Card Number: ************7044
Date/Time: 03/24/2025 10:30:49 ET

NOTE: This is an automated message. Please do not reply

# EXHIBIT "H"



going beyond the service of process

PROCESS INVOICE

TAX ID 45-1741534

P.O. BOX 2249 Rockville, MD 20847
Phone: (888) 667-2038   Fax: (888) 290-0024
www.writlegal.com

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 7/6/2025 | WL30804 |

**Bill To:**

Law Firm of Higbee & Associates
1504 Brookhollow Dr Ste 112
Santa Ana, CA 927055418
Ordered By: Diana S. Ramirez

File No: **687047**
Case No: **25-cv-0693-RSH-SBC**
Plaintiff: **Tamara Wareka, doing business as Tamara Willi**
Defendant: **Lucy & Co Beauty LLC; Does 1 through 10, incl**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **PS3 - Standard Process- 11378 Vista Sorrento Pkwy.** | | | **145.00** |
| **Additional Address: 11348 Vista Sorrento Pkwy.** | | | **145.00** |
| **Additional Address- 122 15th St. Unit 361** | | | **145.00** |
| **SUMMARY** | | | |
| **Court:  UNITED STATES DISTRICT COURT** | | | |
| **Servee: Lucy & Co Beauty LLC** | | | |
| **Address: 122 15th St Unit 361, # Del Mar, CA 92014-8028** | | | |
| **Documents: SUMMONS; COMPLAINT; EXHIBITS A, B, C, D, E, F, G,** | | | |
| **Result: Not Served** | | | |
| **Completed on 4/30/2025 at 12:25 PM** | | **TOTAL DUE** | **$ 435.00** |

Thank you for choosing Writ Legal, LLC!

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 7/6/2025 | WL30804 |

**Remit To:**

Writ Legal, LLC
P.O. BOX 2249
Rockville, MD 20847

TOTAL DUE:       $  435.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  **Writ Legal, LLC**

Order#:WL30804/INVOICEP



Payment receipt

# You paid $435.00

to Writ Legal, LLC on 7/18/2025

| | |
|---|---|
| Invoice no. | WL30804 |
| Invoice amount | $435.00 |
| Total | $435.00 |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0281171543 |

Thank you



**WRIT LEGAL**
going beyond the service of process

Writ Legal, LLC

3018014358

www.writlegal.com | Edesaa@gmail.com
11810 Grand park Avenue, Suite 500, North Bethesda, MD 20852

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&aposs licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.



P.O. BOX 2249 Rockville, MD 20847
Phone: (888) 667-2038   Fax: (888) 290-0024
www.writlegal.com

**PROCESS INVOICE**

TAX ID 45-1741534

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 9/13/2025 | WL32016 |

Bill To:

**Law Firm of Higbee & Associates**
**1504 Brookhollow Dr Ste 112**
**Santa Ana, CA 927055418**
**Ordered By: Diana S. Ramirez**

File No: **687047**
Case No: **25-cv-0693-RSH-SBC**
Plaintiff: **Tamara Wareka, doing business as Tamara Willi**
Defendant: **Lucy & Co Beauty LLC; Does 1 through 10, incl**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **PS3 - Standard Process** | | | **165.00** |
| **CA SOS Statutory Fee** | | | **50.00** |
| **Fee Advance - SOS** | | | **5.00** |
| **Printing/Copy Fee** | **66.00** | **.20** | **13.20** |

**SUMMARY**
**Court:  UNITED STATES DISTRICT COURT**
**Servee: Lucy & Co Beauty LLC**
**Left With: CA Secretary of State c/o: Jill Cliffton - Authorized Agent**
**Address: 1500 11th St Fl 3 Rm 390, #  Sacramento, CA 95814-5701**
**Documents: SUMMONS; COMPLAINT; EXHIBITS A, B, C, D, E, F, G, ORDER GRANTING MOTION TO ALLOW SUBSTITUTE SERVICE AND GRANTING MOTION FOR EXTENSION OF TIM; $50 statutory fee.**
**Result: Substituted Service**
**Completed on 9/3/2025 at 3:13 PM**

| | | TOTAL DUE | $ 233.20 |
|---|---|---|---|

Thank you for choosing Writ Legal, LLC!

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| HIGAS | 9/13/2025 | WL32016 |

Remit To:

Writ Legal, LLC
P.O. BOX 2249
Rockville, MD 20847

TOTAL DUE: | $  233.20 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  Writ Legal, LLC

Order#:WL32016/INVOICEP

 **quickbooks.**

Payment receipt

# You paid $233.20

to Writ Legal, LLC on 9/17/2025

| | |
|---|---|
| Invoice no. | WL32016 |
| Invoice amount | $233.20 |
| Total | $233.20 |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MW0020819090 |

Thank you



**WRIT LEGAL**
going beyond the service of process

Writ Legal, LLC

3018014358

www.writlegal.com | Edesaa@gmail.com
11810 Grand park Avenue, Suite 500, North Bethesda, MD 20852

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&aposs licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.